# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARLENE ROGOFF,
Appellant,

vs.

MARTIN RONALD JOHNSON,
Respondent.

No. 73890

FILED

MAR 14 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order on motion to dismiss or, in the alternative, motion for summary judgment. Eighth Judicial District Court, Clark County; David M. Jones, Judge.

On November 22, 2017, this court entered an order reinstating briefing in this appeal and directing appellant to file and serve her opening brief or informal brief on or before January 22, 2018. When appellant failed to comply with that order, this court entered an order on February 14, 2018, directing appellant to file and serve the opening brief or informal brief on or before February 26, 2018. That order cautioned appellant that failure to comply could result in the dismissal of this appeal as abandoned.

To date, appellant has failed to file the opening brief or informal brief. Accordingly, we conclude that appellant has abandoned this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____ J.
Gibbons

_____, J.
Hardesty

SUPREME COURT
OF
NEVADA

(O) 1947A

18-09997

cc: Hon. David M. Jones, District Judge
Marlene Rogoff
Kolesar & Leatham, Chtd.
Eighth District Court Clerk